NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RELYANT, LLC,**
*Appellant*

**v.**

**ROBERT M. SPEER, ACTING SECRETARY OF THE ARMY,**
*Appellee*

---

2016-2038

---

Appeal from the Armed Services Board of Contract Appeals in No. 58172, Administrative Judge J. Reid Prouty.

---

## JUDGMENT

---

JAMES HENRY PRICE, Lacy, Price & Wagner, PC, Knoxville, TN, argued for appellant. Also represented by MICHAEL RYAN FRANZ.

ANTHONY F. SCHIAVETTI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CLEVENGER, and SCHALL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 10, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |